UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| Dennis Maurer, Individually, : <br> : <br> Plaintiff, : <br> : <br> vs. : <br> : <br> SJS - Tilton Times Plaza, L.P., a New Jersey : <br> Limited Partnership, : <br> and : <br> Pep Boys - Manny, Moe & Jack of Delaware, : <br> Inc., a Delaware Corporation : <br> : <br> Defendants. : <br> _____ : | Case No. 1:18-cv-09175-NLH-JS |

## NOTICE OF SETTLEMENT

**COMES NOW** Plaintiff, DENNIS MAURER, by and through his undersigned counsel, and informs the Court that the Plaintiff and Defendants have reached a settlement and anticipate that the settlement documents will be executed within the next fourteen (14) days.

Dated: October 26, 2018

Respectfully submitted,

/s/ Jon G. Shadinger Jr.
_____
Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC
P.O. Box 279
Estell Manor, NJ 08319
Tel: (609) 319-5399
Fax: (314) 898-4053
js@shadingerlaw.com
*Attorney for Plaintiff, Dennis Maurer*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 26th day of October, 2018, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

    /s/ Jon G. Shadinger Jr.
Jon G. Shadinger Jr.