UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| DENNIS MAURER, Individually, <br><br> Plaintiff, <br><br> vs. <br><br> PEP BOYS - MANNY, MOE & JACK OF DELAWARE, INC., a Delaware Corporation, and SJS - TILTON TIMES PLAZA, L.P., a New Jersey Limited Partnership, <br><br> Defendants. <br> _____ | Case No. 1:18-cv-09175-NLH-JS |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, DENNIS MAURER, and the Defendants, PEP BOYS - MANNY, MOE & JACK OF DELAWARE, INC. and SJS - TILTON TIMES PLAZA, L.P., through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned matter be dismissed with prejudice with each party to bear their own costs and attorney's fees.

Respectfully Submitted,

/s/ Jon G. Shadinger Jr.
_____
Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC
P.O. Box 279
Estell Manor, NJ 08319
(609) 319-5399
(314) 898-0423 - Fax
js@shadingerlaw.com
*Attorney for Plaintiff, Dennis Maurer*

/s/ Salvatore Perillo
_____
Salvatore Perillo, Esq.
Nehmad Perillo & Davis, P.C.
4030 Ocean Heights Avenue
Egg Harbor Township, NJ 08234
(609) 927-1177
(609) 926-9721 Fax
sperillo@npdlaw.com
*Attorney for Defendant, SJS - Tilton Times Plaza, L.P.*

/s/ Christopher O'Connell
_____
Christopher J. O'Connell, Esq.
Sweeney & Sheehan, P.C.
Sentry Office Plaza
216 Haddon Avenue, Suite 500
Westmont, NJ 08108
(856) 869-5600
chris.oconnell@sweeneyfirm.com
*Attorneys for Defendant, Pep Boys - Manny, Moe & Jack of Delaware*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 7th day of March, 2019, the undersigned caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Jon G. Shadinger Jr.
Jon G. Shadinger Jr.