UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

DENNIS MAURER, Individually,                        :
                                                    :
                    Plaintiff,                      :
                                                    :
vs.                                                 :
                                                    :
PEP BOYS - MANNY, MOE & JACK OF DELAWARE,           :        Case No. 1:18-cv-09175-NLH-JS
INC., a Delaware Corporation, and SJS - TILTON TIMES :
PLAZA, L.P., a New Jersey Limited Partnership,      :
                                                    :
                    Defendants.                     :
_____        :
                                                    :

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the Stipulation of Voluntary Dismissal With Prejudice.  The Court

having carefully reviewed said Stipulation and after due consideration, it is

ORDERED AND ADJUDGED as follows:

1.      The Stipulation of Voluntary Dismissal With Prejudice filed herein by the Plaintiffs, and the

Defendants, be and the same is hereby approved;

2.      The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

3.      The Court retains jurisdiction of the above-styled cause until March 31, 2021, solely for the purpose

of enforcing the Settlement Agreement; and

4.      To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

DONE AND ORDERED in Chambers at *Camden, New Jersey*, this *11th* day of *March*,

2019.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Attorneys of record